AO 247 (10/11)  Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

**FILED**
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 28  PM 2: 16

CLERK _C Adams_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Larry Green, aka "Cool" | ) | Case No: 4:10CR00159-2 |
|  | ) | USM No: 15656-021 |
| Date of Original Judgment: March 30, 2011 | ) | Martin Gregory Hilliard |
| Date of Previous Amended Judgment: May 22, 2015 | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**
**Reason for Amendment:  [X] Correction of Sentence for Arithmetical Error (Fed.R.Crim.P. 35(a))**

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __100__ months **is reduced to** __81 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __March 30, 2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  5/28/15

_/s/ Dudley H. Bowen, Jr._
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date:  __November 1, 2015__
*(if different from order date)*      *Printed name and title*